# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 19, 2024

Lyle W. Cayce
Clerk

_____

No. 23-30689

_____

WHITNEY BROCK,

*Plaintiff—Appellant*,

*versus*

WALDEN UNIVERSITY, L.L.C.; WALDEN UNIVERSITY,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:22-CV-125

_____

Before JOLLY, ENGELHARDT, and DOUGLAS, *Circuit Judges*.

PER CURIAM:*

Whitney Brock filed this discrimination lawsuit against Walden University for its alleged failure to help her secure a degree-related internship, which was required for her social work graduate degree. As the litigation progressed, the district court dismissed part of Brock's lawsuit and denied several of her motions. Brock now appeals those orders. We DISMISS this appeal for lack of appellate jurisdiction.

_____

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30689

Federal appellate courts have jurisdiction over appeals from final judgments under 28 U.S.C. § 1291. A few, narrow exceptions, however, permit interlocutory appeals from nonfinal orders in limited circumstances. *Dardar v. Lafourche Realty Co.*, 849 F.2d 955, 957 (5th Cir. 1988). To be sure, however, appellate courts must dismiss interlocutory appeals that lack such exceptional jurisdiction. *Allen v. Okam Holdings, Inc.*, 116 F.3d 153, 154 (5th Cir. 1997).

Here, Brock appeals nonfinal orders for which the district court did not enter a final judgment. Nor did the district court certify any of these orders for appeal. Nor does any other exception permit this appeal. *Dardar*, 849 at 957. Consequently, we lack jurisdiction to hear this appeal, and it is dismissed. *Borne v. A&P Boat Rentals No. 4, Inc.*, 755 F.2d 1131, 1133 (5th Cir. 1985).

DISMISSED.